# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL:** One (1) USPS Express Mail parcel bearing USPS tracking number ER 235 223 556 US, addressed to "Christopher Hendrix 1031 Country Rd Apt 261 Blue Springs MS 38828", with a return address of "Cactus Crew Ink 1843 E Monerd St Phx AZ 85034". It is a flat rate envelope measuring approximately 12.5" X 9.5" X 1.5"; approximately 4 ounces, postmarked October 28, 2025.

**SEARCH WARRANT**
Case Number: 25-8525 MB

TO: Raymond Shepard and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Raymond Shepard, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Express Mail parcel bearing USPS tracking number ER 235 223 556 US, addressed to "Christopher Hendrix 1031 Country Rd Apt 261 Blue Springs MS 38828", with a return address of "Cactus Crew Ink 1843 E Monerd St Phx AZ 85034". It is a flat rate envelope measuring approximately 12.5" X 9.5" X 1.5"; approximately 4 ounces, postmarked October 28, 2025,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and/or 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __11-12-25__ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

__10-29-25  3:07pm__           at   Phoenix, Arizona
Date and Time Issued                 City and State

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 25-8525 MB | Date and time warrant executed: 10/30/2025 9:38 am | Copy of warrant and inventory left with: USPS |

**Inventory made in the presence of:**
Postal Inspector Ray Shepard and USPIS Anlayst Ryan Ash

**Inventory of the property taken and name of any person(s) seized:**

ER 235 223 556 US

- White express envelope
- White cardboard box
- Packing peanuts
- Black padded envelope
- Pink heat sealed bag
- Clear ziploc bag
- Clear plastic wrap
- Approximately 27.1 grams of black tar substance field tested positive for heroin

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/30/2025

*Executing officer's signature*

Raymond Shepard, Postal Inspector
*Printed name and title*